**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02735-LTB

CHRISTOPHER L. HARRIS,

      Plaintiff,

v.

JULIE WANDS, Warden,

      Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Motion for Stay of Mandate (Doc 23 - filed December 23, 2010). Upon review of the file, it is

ORDERED that the Motion is DENIED WITHOUT PREJUDICE for lack of jurisdiction because there is an appeal pending before the Tenth Circuit Court of Appeals.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   December 28, 2010